IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CLARISSA HERNANDEZ;
ROBERT HERNANDEZ;
SHANNON WOODWORTH and
DAVID GALLEGOS,

       Plaintiffs,

vs.                                                                    No. CIV 20-0942 JB\GBW

MICHELLE LUJAN
GRISHAM; RYAN
STEWART; KATHYLEEN
M. KUNKEL and the
STATE OF NEW MEXICO,

       Defendants.

## FINAL JUDGMENT

**THIS MATTER** comes before the Court on: (i) the Notice of Voluntary Dismissal as to State of New Mexico, filed October 12, 2020 (Doc. 26)("New Mexico Dismissal"); (ii) the Stipulation of Voluntary Rule 41 Dismissal of Kathyleen M. Kunkel, filed October 23, 2020 (Doc. 39)("Kunkel Dismissal"); and (iii) the Memorandum Opinion and Order, filed December 18, 2020 (Doc. 86)("MOO").

In the New Mexico Dismissal, the parties agreed to dismiss Defendant the State of New Mexico "with prejudice as to Counts I and II" of the Amended Complaint, filed September 18, 2020 (Doc. 4)("Amended Complaint") and "without prejudice as to Count III." New Mexico Dismissal at 1. In the Kunkel Dismissal, the parties agreed to dismiss Defendant Kathyleen M. Kunkel with prejudice. See Kunkel Dismissal at 1. In the MOO, the Court grants summary judgment for the Defendants on Counts I, II, and III of the Amended Complaint. See MOO at 1-4.

- 2 -

With no more claims, parties, or issues before the Court, the Court now enters Final Judgment in this matter.

**IT IS ORDERED** that: (i) this case is dismissed with prejudice; and (iii) Final Judgment is entered.

                                          _____
                                          UNITED STATES DISTRICT JUDGE

*Counsel:*

Marshall J. Ray
Law Offices of Marshall J. Ray LLC
Albuquerque, New Mexico

-- and --

A. Blair Dunn
Jared R. Vander Dussen
Western Agriculture, Resource and Business Advocates, LLP
Albuquerque, New Mexico

    *Attorneys for the Plaintiffs*

Holly Agajanian
  Chief General Counsel to Governor Michelle Lujan Grisham
Kyle P. Duffy
Maria S. Dudley
  Associate General Counsels to Governor Michelle Lujan Grisham
Office of the Governor
Santa Fe, New Mexico

    *Attorneys for Defendants Governor Michelle Lujan Grisham, Secretary Ryan Stewart,*
      *and Secretary Kathyleen M. Kunkel*

- 3 -

Hector Balderas
  Attorney General for the State of New Mexico
Erin Elizabeth Lecocq
Nicholas M. Sydow
  Assistant Attorneys General
New Mexico Office of the Attorney General
Santa Fe, New Mexico

    *Attorneys for Defendant State of New Mexico*